McKIERNAN, Respondent, v. BALLIN et al., Appellants. (Supreme Court, Appellate Term.

October 25, 1899.) Action by John B. McKiernan against Malinda Ballin and others. There was judgment for plaintiff, and defendants appealed, when the case was reversed (56 N. Y. Supp. 949); and on retrial plaintiff recovered again, and defendants appeal. Affirmed. Benjamin Patterson, for appellants. Martin H. Murphy, for respondent.

PER CURIAM. After a former trial and a determination in favor of the plaintiff, the judgment was reversed, and a new trial ordered, because of the exclusion, upon objections of the plaintiff, of evidence apparently relevant to the case of the defendants. These objections not now reappearing, upon the omission of the defendants to ask for that evidence, and nothing of merit appearing in the exceptions taken by the appellants upon the second trial, the judgment appealed from is affirmed, with costs.

